# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GRACIELA TOLEDO, | )<br>) |
| Petitioner, | ) No. CV 08-924-PA (AJW)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA, | ) JUDGMENT<br>) |
| Respondent. | )<br>) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 14, 2008

Percy Anderson
United States District Judge